# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN F. KIRK, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 5:20-cv-1444-OLG |
| PENTAGON FEDERAL CREDIT UNION, | § | |
| Defendant. | § | |

## PENTAGON FEDERAL CREDIT UNION'S MOTION TO BE EXCUSED FROM MEDIATION

TO THE HONORABLE COURT:

1. Pentagon Federal Credit Union ("**PenFed**") requests that it be excused from mediation.

2. PenFed's motion for summary judgment remains pending. ECF No. 13. Accordingly, PenFed believes mediation will not be productive at this time.

3. Counsel for Mr. Kirk indicated she understood the reason for the request but would not consent.

DATED: September 7, 2021.

                                                                                     Respectfully submitted,

                                                                                     **DAVIS & SANTOS, P.C.**

By:    */s/ Stephanie L. Dodge*
        Stephanie L. Dodge
        State Bar No. 24105336
        Email: sdodge@dslawpc.com
        719 S. Flores Street
        San Antonio, Texas 78204

Tel: (210) 853-5882
Fax: (210) 200-8395

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

F. Joseph Nealon (*admitted pro hac vice*)
Email: JNealon@eckertseamans.com
Jeffrey W. Larroca (*admitted pro hac vice*)
Email: JLarroca@eckertseamans.com
1717 Pennsylvania Ave., NW, Suite 1200
Washington, D.C. 20006
Tel: (202) 659-6671
Fax: (202) 659-6699

*Attorneys for Defendant*
*Pentagon Federal Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will send a notification to the attorneys of record for all parties in this case.

/s/ Stephanie L. Dodge
Stephanie L. Dodge