AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
November 22, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Rosanne Garza__
DEPUTY

| | |
|---|---|
| JOHN F. KIRK | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. SA-20-CV-1444-OLG |
| PENTAGON FEDERAL CREDIT UNION | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   that Defendant's Motion to Dismiss for Plaintiff's Violation of the Court's 9/28/21 Order (Dkt. No. 19) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

decided by Judge _____ on a motion for

Date:   11/22/2021

CLERK OF COURT   JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*